UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN MORAN,<br><br>　　　　　　Petitioner,<br>　　v.<br>LOVELOCK CORRECTIONAL CENTER WARDEN, *et al.*,<br>　　　　　　Respondents. | Case No. 3:21-cv-00050-MMD-WGC<br><br>ORDER |

　　　　This habeas action is brought by Petitioner Marvin Moran under 22 U.S.C. § 2254. In October 2021, the Court granted Moran's motion to stay case pending exhaustion of his unexhausted claims. (ECF No. 16.) The Court granted Moran's motions to extend stay. (ECF Nos. 24, 32.) In February 2024, the state appellate court issued remittitur. (ECF No. 34 at 30.) Moran filed a petition for writ of certiorari with the United States Supreme Court. Moran now moves to reopen these federal habeas proceedings. (ECF No. 34.) Respondents have not filed an opposition, and the time to do so has now expired.

　　　　It is therefore ordered that Moran's motion to reopen (ECF No. 34) is granted. As the stay is lifted by this Order, the Clerk of the Court will reopen this action.

　　　　It is further ordered that Respondents will have 60 days from the date of entry of this Order to answer the petition.

　　　　It is further ordered that Moran will have 60 days following service of the answer to file and serve a reply. If any motion is filed, the parties will brief the motion in accordance with LRs 7-2 and 7-3.

　　　　It is further ordered that in any answer filed on the merits, Respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

1  It is further ordered that any additional state court record and related exhibits must be filed in accordance with LR IA 10-3, LR IC 2-2, and LSR 3-3 and include a separate index identifying each additional exhibit by number or letter. The index must be filed in CM/ECF's document upload screen as the base document to receive the base docket number (e.g., ECF No. 10). Each exhibit will then be filed as "attachments" to the base document (i.e., the index) to receive a sequenced sub-docket number (e.g., Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3)). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. *See* LR IC 2-2(a)(3)(A).

It is further ordered that, notwithstanding LR IC 2-2(g), paper copies of any electronically filed exhibits need not be provided to chambers or the staff attorney unless later directed by the Court.

DATED THIS 17th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE